UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LELAND FOSTER,

        Plaintiff,                Case No. 15-cv-13341

v.                                      Honorable Thomas L. Ludington

JIMEVA, INC.,

        Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Leland Foster and Jimeva, Inc., stipulated and agreed that the Complaint and all claims in the above-captioned action be dismissed with prejudice. *See* ECF No. 10.

Pursuant to the parties' stipulation, it is **ORDERED** that Plaintiff Leland Foster's Complaint, ECF No. 1, and all claims in this case are **DISMISSED with prejudice** without fees and costs to either party. This is a final order and closes the case.

Dated: May 20, 2016                                    s/Thomas L. Ludington
                                                          THOMAS L. LUDINGTON
                                                          United States District Judge

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 20, 2016.

                s/Kristen Krawczyk for Michael A. Sian
                KRISTEN KRAWCZYK, Acting Case Manager